UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CASA del GANADERO, S. de R.L., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:09CV953 CDP |
| ) | |
| MONSANTO COMPANY, et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

For reasons stipulated by the parties,

**IT IS HEREBY ORDERED** that plaintiff's motion [#11] to dismiss for lack of jurisdiction is GRANTED, and this case is dismissed without prejudice.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 10th day of August, 2009.